1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARCUS CARTER,                          No.  2:16-cv-0482 CMK P

12                    Plaintiff,

13           v.                               ORDER

14    WARDEN DAVEY, et al.,

15                    Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff

19    alleges violations of his civil rights by defendants.  The alleged violations took place in Kings

20    County, which is part of the Fresno Division of the United States District Court for the Eastern

21    District of California.  See Local Rule 120(d).

22           Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of a court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of

25    1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

26    forma pauperis.

27    /////

28    /////

1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3          2.  This action is transferred to the United States District Court for the Eastern District of

4   California sitting in Fresno; and

5          3.  All future filings shall reference the new Fresno case number assigned and shall be

6   filed at:

7                     United States District Court
                      Eastern District of California
                      2500 Tulare Street
8                     Fresno, CA 93721

9

10  Dated:  March 16, 2016

11                                                        _____
                                                          CRAIG M. KELLISON
12                                                        UNITED STATES MAGISTRATE JUDGE

    /mp
13  cart 16cv0482.22

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2